AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

DOC # 4

US
*Plaintiff*
v.
Blake Benthall
*Defendant*

Case No. 14 MAG 2427

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Blake Benthall

Date: 11/21/14

_Keith Miller_
Attorney's signature

Keith Miller
*Printed name and bar number*

Perkins Coie LLP
30 Rockefeller Plaza, 22nd Floor
*Address*

keithmiller@perkinscoie.com
*E-mail address*

(212) 262-6906
*Telephone number*

(212) 977-1641
*FAX number*

*Stamp: U.S. DISTRICT COURT / NOV 21 REC'D / S.D. OF N.Y.*