AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

DOC # 4

US
_____
Plaintiff
v.
Blake Benthall
_____
Defendant

Case No. 14 MAG 2427

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Blake Benthall

Date: 11/21/14

_Keith Miller_
Attorney's signature

Keith Miller
Printed name and bar number

Perkins Coie LLP
30 Rockefeller Plaza, 22nd Floor
Address

keithmiller@perkinscoie.com
E-mail address

(212) 262-6906
Telephone number

(212) 977-1641
FAX number

[Stamp: U.S. DISTRICT COURT, NOV 21 REC'D, S.D. OF NY]