AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

DOC # 5

USA _____
Plaintiff
v.
Blake Benthall _____
Defendant

Case No. 14 MAG 2427

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized (*) to practice in this court, and I appear in this case as counsel for:

Blake Benthall

Date: 11/21/2014

_____
Attorney's signature

Jean-Jacques Cabou      AZ: 22835
Printed name and bar number

2901 N Central Av #2000
Address
Phoenix, AZ 85012

JCABOU@perkinscoie.com
E-mail address

602 351 8003
Telephone number

602.648.7003
FAX number

(*) An oral motion to admit me pro hac vice will be made by Keith W. Miller