DOCKET No. 14 MAG 2427   DEFENDANT Blake Benthall

AUSA Daniel Noble   DEF'S COUNSEL Keith Miller

☒ RETAINED   ☐ FEDERAL DEFENDERS   ☐ CJA
Jean-Jacques Cabou

☐ _____ INTERPRETER NEEDED   ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☒ Rule 5   ☐ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg
☐ Other: Alw issued 10/29/14

DATE OF ARREST 11-20-14   ☐ VOL. SURR.
TIME OF ARREST P M   ☐ ON WRIT
TIME OF PRESENTMENT 3 0 8 pm

## BAIL DISPOSITION

☒ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR_____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☐ $ _____ PRB
☐ _____ FRP
☐ SECURED BY $ _____ CASH/PROPERTY:_____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION   ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT   ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ ELECTRONIC MONITORING
☐ OTHER CONDITIONS _____
_____
_____

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

NOV 21 REC'D

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY   ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED   ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED   ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING 12-22-14   ☒ ON DEFENDANT'S CONSENT

DATE: 11/21/14

_____
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.