UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :

            - v. -                       :    ORDER OF CONTINUANCE

BLAKE BENTHALL,                          :    14 Mag. 2427
      a/k/a "Defcon,"
                                         :

                Defendant.               :

- - - - - - - - - - - - - - - - - - x

          Upon the application of the United States of America

and the affirmation of Daniel S. Noble, Assistant United States

Attorney for the Southern District of New York, it is found that

the defendant was arrested on November 5, 2014 in San Francisco,

California, pursuant to a complaint dated October 29, 2014,

which charged the defendant with violations of Title 21, United

States Code, Section 846, and Title 18, United States Code,

Sections 1028(f), 1030(b), and 1956(h);

          It is further found that the defendant arrived in this

District on the evening of November 20, 2014 and was presented

before Magistrate Judge Ronald L. Ellis on November 21, 2014 and

ordered detained;

          It is further found that counsel for the defendant and

Assistant United States Attorney Daniel S. Noble have been

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 2 2 2014

engaged in, and are continuing, discussions concerning a possible disposition of this case;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with the defendant's counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and have specifically waived his right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until January 21, 2015, and that a copy of this Order and the affirmation of Assistant United States Attorney Daniel S. Noble be served by mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated:      New York, New York
            December 22, 2014

_____
UNITED STATES MAGISTRATE JUDGE

3